GRACE A. FENDLER, Respondent, *v.* OLIVER MOROSCO et al., Appellants.

*Appeal — interlocutory judgment — motion to dismiss appeal granted.*

*Fendler* v. *Morosco*, 217 App. Div. 791, appeal dismissed.

(Submitted February 21, 1927; decided March 1, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 5, 1926, which affirmed an interlocutory judgment of Special Term granting an injunction and directing an accounting.

The motion was made upon the ground that the judgment appealed from was interlocutory and that permission to appeal had not been obtained.

*Paul N. Turner* for motion.

*Charles H. Tuttle* opposed.

Motion granted and appeal dismissed, without costs.

---

In the Matter of the Estate of OTTO KIEKEBUSCH, Deceased.

EMIL KIEKEBUSCH, as Executor, Appellant; IDA KIEKE-BUSCH, Respondent.

(Submitted February 21, 1927; decided March 1, 1927.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 244 N. Y. 236.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BANNER LAND COMPANY, Appellant, *v.* STATE TAX COMMISSION, Respondent.

(Submitted February 21, 1927; decided March 1, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 244 N. Y. 159.)